# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 14-1150                                              September Term, 2014

EPA-04/02/14 Letter
EPA-06/18/14 Letter

Filed On: August 24, 2015 [1569463]

Center for Regulatory Reasonableness,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

## O R D E R

    It is, **ORDERED**, that the briefing schedule established by the court's June 19, 2015 order be suspended pending further order of the court.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                BY:    /s/
                          John J. Accursio
                          Deputy Clerk